UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC GALA and
CHESTER R. GALA,

            Plaintiffs,

v.

CITY OF FRASER, CITY
OF FRASER
DEPARTMENT OF PUBLIC
SAFETY, MACOMB
COUNTY PROSECUTOR'S
OFFICE, GEORGE T.
ROUHIB, JR., DAN
KOLKE, JASON POOLE,
CHRISTOPHER ASHLEY,
and DTE ELECTRIC
COMPANY,

            Defendants.

_____/

Case No. 5:16-cv-10147
Judge John Corbett O'Meara
Magistrate Judge Anthony P. Patti

**ORDER DEEMING DEFENDANT DTE ELECTRIC COMPANY'S
MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS (DE 27)
WITHDRAWN WITHOUT PREJUDICE**

Currently before the Court is Defendant DTE's above-described motion,

which Judge O'Meara has referred to me for a hearing and determination and

regarding which Plaintiffs have filed a response. (DEs 27, 28, 30.) Although

originally noticed for a September 21, 2016 hearing, this motion was later renoticed for an August 24, 2016 hearing.  (DEs 29, 31.)

On the date set for hearing, Defendant DTE filed a statement of resolved/unresolved issues regarding the instant motion, which represents that "[t]he parties have resolved the issues of witness identification and document production . . . [,]" "[the] parties have agreed to defer rulings on the objections to the discovery requests until a later point of this litigation[,]" and "the hearing will not be necessary."  (DE 32.)

Accordingly, Defendant DTE's July 8, 2016 motion (DE 27) is DEEMED WITHDRAWN WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: August 24, 2016

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE